UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA D. SEXTON, | No. 2:15-cv-00542-GEB-AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff is proceeding in this action in pro per. On March 10, 2015, plaintiff filed her complaint along with a motion to proceed in forma pauperis. ECF Nos. 1, 2. On March 20, 2015, the court granted plaintiff's motion and dismissed her complaint pursuant to 28 U.S.C. § 1915 for failure to allege facts sufficient to state a claim. ECF No. 3. The court ordered plaintiff to file an amended complaint within thirty (30) days and warned her that failure to do so would result in the dismissal of this matter entirely. Plaintiff has yet to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: May 12, 2015

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE