UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA D. SEXTON, | No. 2:15-cv-00542-GEB-AC |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Defendant. | |

      This matter is before the undersigned pursuant to Local Rule 302(c)(21). On March 10, 2015, plaintiff, proceeding pro se, filed her complaint along with a motion to proceed in forma pauperis. ECF Nos. 1, 2. On March 20, 2015, the court granted plaintiff's motion and dismissed her complaint for failure to comply with Federal Rule 8(a), with instructions to file an amended complaint within 30 days. ECF No. 3. On May 13, 2015, the court ordered plaintiff to show cause why her complaint should not be dismissed for failure to file a timely amended complaint in accordance with the court's order. ECF No. 4. On May 26, 2015, plaintiff filed a letter describing medical problems suffered by her and other members of her family. ECF No. 5. Plaintiff's response is difficult to follow, and she does not explicitly claim that her medical problems are why she failed to file a timely amended complaint. Nevertheless, in light of plaintiff's pro se status the court will construe plaintiff's response as attributing her failure to file an amended complaint to her illness.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The court's May 13, 2015, order to show cause, ECF No. 4, is discharged.
2. Plaintiff must file an amended complaint in accordance with the court's March 20, 2015, order within twenty (20) days of the service of this order.

DATED: June 1, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE