UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA D. SEXTON, | No. 2:15-cv-0542 GEB AC |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff is proceed in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 23, 2015, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 10. Plaintiff has filed objections to the findings and recommendations. ECF No. 11.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 23, 2015, are adopted in full; and

2. Plaintiff's amended complaint, ECF No. 9, is dismissed without leave to amend.

Dated: October 30, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge